■ RONALD OSINSKI et al., Individually and as Parents and Natural Guardians of JAMES OSINSKI, an Infant, Appellants, v PARVIZ TAEFI, M.D., Defendant-Respondent. (Appeal No. 2.) [786 NYS2d 788]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered November 21, 2003. The order denied plaintiffs' motion to set aside the jury verdict in a medical malpractice action.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Gorski and Lawton, JJ.

■ MARINE BUFFALO ASSOCIATES, L.P., Appellant, v HSBC BANK USA, Respondent. (Appeal No. 1.) [786 NYS2d 788]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered December 10, 2003 in a declaratory judgment action. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Pine, Gorski and Lawton, JJ.